JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, APPELLANT, v. MICHAEL LIEB ET AL., RESPONDENTS.

Submitted February 16, 1934—Decided May 4, 1934.

For the appellant, *Perkins, Drewen & Nugent.*

For the respondents, *Rosario Mazzola.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, CASE, BODINE, DONGES, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, DILL, JJ.   11.

*For reversal*—THE CHANCELLOR, WELLS, JJ.   2.